IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01542-MJW

BRUCE P. KRIEGMAN, as Chapter 11 Trustee for LLS America,

Plaintiff(s),

v.

ALEX MIRROW and
SAVE IT, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Emergency Motion to Quash Subpoena to Obtain Discovery in Aid of Execution and for Protective Order (Docket No. 13) is denied without prejudice for failure to comply with D.C.COLO.LCivR 7.1(a).

Date: December 24, 2015