# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-01542-MJW

BRUCE P. KRIEGMAN as Chapter 11 Trustee for LLS America,

    Plaintiff,

    v.

ALEX MIRROW and SAVE IT, LLC,

    Defendants.

## TRUSTEE'S NOTICE

Plaintiff, Bruce P. Kriegman as Chapter 11 Trustee for LLS America ("Trustee"), by and through his attorneys, Campbell, Killin, Brittan and Ray, LLC, pursuant to the Court' Order of October 9, 2018 (Doc.66), submits the following Notice and states as follows:

1.    The Trustee and attorney John Green ("Attorney Green") have not yet reached an agreement for the payment of the attorneys' fees and costs the Trustee incurred in bringing the Motion for Sanctions, in responding to the Motion for Protective Order and in attending the September 26, 2018 Motions Hearing.

2.    Accordingly, the Trustee submits herewith the final affidavit for attorney fees and costs and requests the Court order the Senior Mirrows and Attorney Green to pay $8010 in costs and fees, or such other amount as the Court may order, within ten (10) days of the Court's ruling.

DATED this 16rd day of November, 2018.

{00353638.DOCX / 1}

**CAMPBELL KILLIN BRITTAN & RAY, LLC**

By:  /s/ Bruce E. Rohde
Bruce E. Rohde, #11465
270 St. Paul Street, Suite 300
Denver, Colorado 80206
Phone: (303) 322-3400
Fax: (303) 322-5800
Email: brohde@ckbrlaw.com

ATTORNEYS FOR PLAINTIFF
Bruce P. Kriegman as Chapter 11 Trustee for LLS America

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2018, a true and correct copy of the foregoing **TRUSTEE'S NOTICE** was served via United States Mail, addressed to the following:

John L. Green, Esq.
4888 Loop Central Drive, Suite 445
Houston, TX 77081
Jlgreen488@aol.com

Attorney for Defendant.

s/Samantha Merrick
Samantha Merrick