IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01542-PAB-NRN

BRUCE P. KRIEGMAN, as Chapter 11 Trustee for LLS America, LLC,

Plaintiff,

v.

ALEX MIRROW and
SAVE IT, LLC,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge N. Reid Neureiter**

It is HEREBY ORDERED that a Telephonic Motion Hearing is set for June 15, 2021 at 11:00 a.m. Mountain Time. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

Date:  April 21, 2021