IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01542-PAB-NRN

BRUCE P. KRIEGMAN, as Chapter 11 Trustee for LLS America, LLC,

Plaintiff,

v.

ALEX MIRROW and
SAVE IT, LLC,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge N. Reid Neureiter**

It is HEREBY ORDERED that Plaintiff's Unopposed Motion for Extension of Time to File Reply in Support of Motion for Turn Over of Funds and Passports, Dkt. #210, is GRANTED for good cause shown.

The deadline for Plaintiff to file his reply is extended to May 25 ,2021.

Date:  May 10, 2021