IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01542-PAB-NRN

BRUCE P. KRIEGMAN, as Chapter 11 Trustee for LLS America, LLC,

Plaintiff,

v.

ALEX MIRROW and
SAVE IT, LLC,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge N. Reid Neureiter**

It is hereby ORDERED that Defendant Alex Mirrow's Motion to Submit Supplemental Authority (Dkt. #221) is GRANTED. The Court will permit submission of the supplemental authority (Dkt. #221-1) as though timely filed under D.C.COLO.LCivR 7.1(f).

Date:  June 10, 2021